UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN LOOP, LLC<br><br>　　　　　　　　Plaintiffs,<br>  -against-<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 1:25-cv-2469<br><br>**COMPLAINT**<br><br>Jury Trial Demanded |

Plaintiff, GOLDEN LOOP, LLC, for its complaint against defendant, LIVE NATION ENTERTAINMENT, INC., by and through its attorneys, Knox Law Group, P.C., state and allege as follows:

**PARTIES**

1. Plaintiff Golden Loop, LLC is a limited liability company formed pursuant to the laws of the State of Wyoming

2. Upon information and belief, defendant Live Nation Entertainment, Inc. is a corporation formed pursuant to the laws of the State of California, with its headquarters located at 430 West 15th Street, New York, New York.

**JURISDICTION AND VENUE**

3. Jurisdiction is conferred upon this Court by 28 U.S.C. § 1332, as the Plaintiff and Defendant are citizens of separate States, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4. Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2).

## FACTUAL BACKGROUND

5. Pursuant to Defendant, it is the "largest live entertainment company in the world," and "the world's leading live entertainment ticketing sales and marketing company."

6. In 2023, Defendant promoted a series of live performances by comedian, Dave Chappelle, which were to take place later in the year (collectively, the "Performances" and each a "Performance").

7. Upon information and belief, it was Plaintiff's intent to provide commemorative merchandise to each ticket holder upon arrival at each of the venues for a Performance.

8. In advance of the upcoming Performances, Defendant's agent approached Plaintiff's principal, Gary Brifil, in order to procure commemorative merchandise to distribute to ticket holders at each Performance.

9. Ultimately, Plaintiff agreed to deliver one (1) canvas tote bag per ticket sold bearing Mr. Chappelle's name (the "Bags").

10. Plaintiff and Defendant did not reduce their agreement to a writing.

11. Defendant offered tickets to the Performances to the general public for purchase.

12. Upon information and belief, Defendant advertised the Bags in conjunction with the sale of tickets.

13. Well over 10,000 tickets were sold for each of the Performances.

14. Plaintiff delivered approximately 375,000 Bags to Defendant at various venues across the United States, including Madison Square Garden in New York City.

15. The tote bags had a collective value of approximately $590,000.00.

16. Defendant accepted delivery of the Bags at each venue.

17. Defendant distributed the Bags to ticketholders as they entered each of the venues for the each of the Performances.

18. Defendant, however, failed to compensate Plaintiff in full for the tote bags.

## FIRST CAUSE OF ACTION

### (Unjust Enrichment)

19. Plaintiff repeats and re-alleges each of the foregoing allegations as if set forth in their entirety herein.

20. Defendant received goods and services from Plaintiff, specifically the Bags, which Defendant delivered or arranged to be delivered to the venues of the Performances.

21. Defendant failed to compensate Plaintiff for the canvas tote bags.

22. Defendant has been enriched at Plaintiff's expense in an amount not less than $590,000.00.

23. It is against equity and good conscience to permit Defendant to avoid reimbursing Plaintiff.

## RELIEF REQUESTED

**WHEREFORE**, plaintiff Golden Loop, LLC respectfully demands judgment against defendant Live Nation Entertainment, Inc. in the amount of $590,000.00, together with costs, disbursements, and other expenses incurred by Plaintiff in connection with this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
March 26, 2025

                                                    KNOX LAW GROUP, P.C.
*Attorneys for Plaintiff*

<u>*Daniel Knox*</u>
Daniel Knox
5 Penn Plaza
23rd Floor
New York, NY 10001
(212) 239-1114
dknox@knoxlaw.nyc

4