UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

GOLDEN LOOP LLC,

                 Plaintiff,

    -v-

LIVE NATION ENTERTAINMENT, INC.,

                Defendant.

------------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2026

25-cv-2469 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on January 20, 2026. This Order memorializes the Court's oral ruling at that conference. Defendant's motion for summary judgment must be filed by March 2, 2026. Any opposition or cross motion shall be filed by March 16, 2026. Defendant's reply is due March 23, 2026. And the reply to any cross motion is due March 30, 2026.

    SO ORDERED.

Dated: January 23, 2026
      New York, New York
                       LEWIS J. LIMAN
                  United States District Judge