**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

GOLDEN LOOP, LLC,

Plaintiff,

-against-

25 **CIVIL** 2469 (LJL)

**JUDGMENT**

LIVE NATION ENTERTAINMENT, INC.,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated August 19, 2026, the counterclaims are dismissed at the request of Defendant, *see* Dkt. No. 43, and judgment is entered in favor of Defendant granting it judgment and dismissing the claims of Plaintiff Golden Loop, LLC with prejudice.

**Dated:** New York, New York

August 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**